UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW TEVIS PASSARO,

                         Plaintiff,

-against-

COMMISIONER OF CORRECTIONS, et al.,

                         Defendants.

1:21-CV-0698 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 8, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 8, 2021
          New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge